No. —, ORIGINAL. *Ex parte:* IN THE MATTER OF THOMAS G. MORAN, PETITIONER. Submitted February 28, 1921. Decided April 25, 1921. Motion for leave to file petition for writs of certiorari, prohibition, and mandamus denied. *Mr. William J. Hennessey* for petitioner.

---

No. —, Original: *Ex parte:* IN THE MATTER OF HENRY O. HOLLANDER, PETITIONER. Submitted February 28, 1921. Decided April 25, 1921. Motion for leave to file petition for writs of certiorari, prohibition, and mandamus denied. *Mr. William J. Hennessey* for petitioner.